# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RITA LATHAM, | Case No. 2:17-cv-00071-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| TUTOR PERINI BUILDING CORP., et al., | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties' status report, Docket No. 7, which asks the Court to set a discovery deadline that is twice the length of the presumptively reasonable period, fails to comply with the Court's local rules. *See* LR 26-1. The parties are hereby **ORDERED** to file a joint proposed discovery plan that complies in full with the Court's local rules, no later than March 17, 2017.

IT IS SO ORDERED.

DATED: March 10, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge