UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RITA LATHAM, | |
| Plaintiff(s), | Case No. 2:17-cv-00071-RFB-NJK |
| vs. | |
| TUTOR PERINI BUILDING CORP., et al., | ORDER |
| Defendant(s). | |

On February 8, 2017, the parties filed a joint status report that asked the Court to set a discovery deadline that is twice the length of the presumptively reasonable time period and that failed to comply with the Court's local rules. Docket No. 7. On March 10, 2017, therefore, the Court ordered the parties to file a stipulated proposed discovery plan and scheduling order that complies in full with the Court's local rules, no later than March 17, 2017. Docket No. 11. On March 17, 2017, instead of filing a stipulated proposed discovery plan, the parties filed another status report that also contained a proposed discovery schedule. Docket No. 12. The filing was not signed by all of the parties and addressed two different document events, in violation of Local Rule 7-1(a) and Local Rule IC 2-2(b). *See id*. Though the Clerk's Office notified the parties of these deficiencies, *see* Docket Nos. 13 and 14, the parties have failed to file a joint proposed discovery plan. *See* Docket.

Accordingly, the Court hereby **ORDERS** the parties to file a stipulated proposed discovery plan and scheduling order that complies in full with the Local Rules, no later than March 31, 2017. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED: March 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge