UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RITA LATHAM, | ) | Case No. 2:17-cv-00071-RFB-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 37) |
| MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is the Tutor Perini Defendants' motion to compel. Docket No. 145. Motions to compel must be filed following a pre-filing conference that includes personal consultation. Local Rule 26-7(c); *see also* Local Rule IA 1-3(f). The pending motion indicates that counsel left voicemails with Marriott's counsel seeking a meet-and-confer, but did not receive a response. Docket No. 37 at 4. The Court hereby **ORDERS** Marriott's counsel to immediately contact attorney Troy A. Clark to arrange a time to meet-and-confer on the issues raised in the motion. Failure of Marriott's counsel to do so by July 28, 2017, may result in the imposition of sanctions against counsel and/or Marriott. *See, e.g.*, Local Rule IA 1-3(f); Local Rule IA 11-8(d).

In the interim, the motion to compel is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: July 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge