STDM
ANTHONY P. SGRO, ESQ.
Nevada State Bar No. 3811
EUNICE M. BEATTIE, ESQ.
Nevada State Bar No. 10382
**SGRO & ROGER**
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
ebeattie@sgroandroger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RITA LATHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware Corporation; MARRIOT OWNERSHIP RESULTS, INC., a Delaware Corporation d/b/a MARRIOT VACATION CLUB INTERNATIONAL; TUTOR PERINI CORPORATION, a Massachusetts Corporation; TUTOR PERINI BUILDING CORP., an Arizona Corporation; DOES I through XV; and Roe Corporations I through XV, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-00071-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RITA LATHAM, individually, by and through her attorneys of record, Anthony P. Sgro, Esq. and Eunice M. Beattie, Esq. of the law offices of SGRO & ROGER; Defendants, TUTOR PERINI CORPORATION, a Massachusetts Corporation; TUTOR PERINI BUILDING CORP., an Arizona Corporation, by and through their attorney of record, Troy A. Clark, Esq. of the law

1

offices of BREMER WHYTE BROWN & O'MEARA LLP; and Defendant MARRIOTT RESORTS HOSPITALITY CORPORATION, by and through their attorney of record, Cheryl C. Bradford, Esq. of the law offices of WOLFE & WYMAN LLP, as follows:

That the above entitled matter may be dismissed, with prejudice, in its entirety; and

Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED TO that a Scheduling Order was entered by the Court on or about July 13, 2017, but no firm trial date has been set as of the date of this Stipulation and Order.

DATED this 22nd day of December, 2017.      DATED this 22nd day of December, 2017.

**BREMER WHYTE BROWN & O'MEARA LLP**      **SGRO & ROGER**

/s/ Troy A. Clark, Esq.      /s/ Eunice M. Beattie, Esq.
Peter C. Brown, Esq.      Anthony P. Sgro, Esq.
Nevada Bar No. 5887      Nevada Bar No. 3811
Troy A. Clark, Esq.      Eunice M. Beattie, Esq.
Nevada State Bar No. 11361      Nevada Bar No. 10382
1160 N. Town Center Drive, Ste. 250      720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89144      Las Vegas, Nevada 89101
*Attorneys for Defendant*      *Attorneys for Plaintiff*
*Tutor Perini Corporation &*
*Tutor Perini Building Corporation*

DATED this 22nd day of December, 2017.

**WOLFE & WYMAN LLP**

/s/ Cheryl C. Bradford, Esq.
Cheryl C. Bradford, Esq.
Nevada Bar No. 9765
6757 Spencer Street
Las Vegas, Nevada 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
*Attorney for Defendant*
*Marriott Resorts Hospitality Corporation*

## ORDER

IT IS HEREBY ORDERED the above entitled matter shall be dismissed with prejudice.

IT IS FURTHER ORDERED that each of the parties to pay their own fees and costs incurred therein.

DATED this __26th__ day of __December__, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

SGRO & ROGER

/s/ Eunice M. Beattie, Esq.
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
EUNICE M. BEATTIE, ESQ.
Nevada Bar No. 10382
720 S. Seventh Street, 3rd Floor
Las Vegas, NV 89101
Attorneys for Plaintiff